UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN ANDREW NELSON,

    Plaintiff,

    v.

THE PEOPLE OF CALIFORNIA, et al.,

    Defendants.

Case No. 23-cv-06072-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case has been assigned to the undersigned Magistrate Judge. Dkt. 3. Plaintiff has not filed a completed *in forma pauperis* ("IFP") application. Dkt. 2.

The acts complained of occurred at Mule Creek State Prison in Amador County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district. If Plaintiff wishes to further pursue this action, he must complete the IFP application required by the United States District Court for the Eastern District of California and mail it to that district.

IT IS SO ORDERED.

Dated: December 18, 2023

DONNA M. RYU
Chief Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).