1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WARREN ANDREW NELSON,                    No.  2:23-cv-2935 AC P

12              Plaintiff,

13       v.                                   ORDER

14   THE PEOPLE OF CALIFORNIA, et al.,

15              Defendants.

16

17          By an order filed December 20, 2023, plaintiff was ordered to file a completed in forma

18   pauperis application or pay the filing fee and was cautioned that failure to do so would result in a

19   recommendation that this action be dismissed.  ECF No. 8.  The thirty-day period has now

20   expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the

21   court's order.  Plaintiff will be given one final opportunity to submit an application or pay the fee.

22          Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this

23   order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee.

24   Failure to comply with this order will result in a recommendation that this action be dismissed

25   without further warning.

26   DATED: February 6, 2024

27   _____

     ALLISON CLAIRE

28   UNITED STATES MAGISTRATE JUDGE