UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ANDREW NELSON, | No. 2:23-cv-2935 AC P |
| Plaintiff, | |
| v. | ORDER |
| THE PEOPLE OF CALIFORNIA, et al., | |
| Defendants. | |

By an order filed December 20, 2023, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 8. After plaintiff failed to file a completed application or pay the fee, he was given an additional twenty-one days to comply and warned that failure to comply would result in a recommendation that this action be dismissed without further warning. ECF No. 10. The twenty-one-day period has now expired, and plaintiff has not filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's orders. Instead, plaintiff has filed documents that appear to be related to his state court habeas proceedings. ECF No. 11. It appears that plaintiff may have submitted the wrong documentation to this court and will therefore be given one final opportunity to submit an application to proceed in forma pauperis or pay the filing fee.

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: March 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE